ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN GAGAZA, LOURDES GAGAZA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE fka WACHOVIA MORTGAGE; NDEX WEST LLC; WORLD SAVINGS BANK, FSB; AND DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 3:12-CV-04074-EMC<br><br>[The Honorable Edward M. Chen]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, MOTION TO REMAND AND RULING ON MOTION TO DISMISS**<br><br>CASE MANAGEMENT CONFERENCE:<br>Date:   November 2, 2012<br>Time:   1:30 p.m.<br>Ctrm:   5, 17th Floor<br><br>MOTION TO DISMISS HEARING:<br>Date:   November 2, 2012<br>Time:   1:30 p.m.<br>Ctrm:   5, 17th Floor |

The Court, having reviewed the Stipulation Re: Case Management Conference, Motion to Remand and Ruling on the Motion to Dismiss, and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION hereby orders that:

The Case Management Conference, Motion to Remand and Ruling on the Motion to Dismiss will be reset to January 17, 2013 a ~~date convenient with the Court~~. at 1:30 p.m. A joint CMC Statement shall be filed by 1/10/13.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   10/26/12

[Signature stamp: IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

93000/FR0472/00515692-2

CASE NO.: 3:12-CV-04074-EMC
ORDER GRANTING JOINT STIPULATION TO CONTINUE CMC AND MOTION TO REMAND

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, MOTION TO REMAND AND RULING ON MOTION TO DISMISS**

on the interested parties in said case as follows:

| *Served By Means Other than Electronically Via the Court's CM/ECF System:* | *Served Electronically Via the Court's CM/ECF System:* |
|---|---|
| *Plaintiffs in Pro Per:* | *Counsel for Defendant NDeX West, LLC:* |
| Fabian Gagaza<br>Lourdes Gagaza<br>165 Serravista Avenue<br>Daly City, California 94015<br>Tel: 650.922.8630 | Edward A. Treder, Esq.<br>edwardt@bdfgroup.com<br>BARRETT DAFFIN FRAPPIER<br>TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Tel: 626.915.5714; Fax: 909.595.7640 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on October 26, 2012.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/FR0472/00515692-2

CASE NO.: 3:12-CV-04074-EMC
CERTIFICATE OF SERVICE